UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:04CV-540-R

JOHN MICHAEL HANS, et al.                                             PLAINTIFFS

v.

MATRIXX INITIATIVES, INC. and
ZICAM, LLC                                                            DEFENDANTS

**ORDER DENYING MOTION TO SCHEDULE ORAL ARGUMENT**

This matter having come before the Court upon the motion by Defendants to schedule oral arguments of counsel on Defendants' Motion to Exclude the Report and Testimony of Bruce W. Jafek, M.D.; the Court having reviewed the record; the Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendants' Motion is DENIED.